Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC    )
                               )
        Plaintiff,    vs.      )   Case No.: 2:11-CV-03652-WDK-FMO
                               )
MAGDA SOTO, et al,             )   **RENEWAL OF JUDGMENT BY CLERK**
                               )
        Defendant,             )
                               )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Magda Soto, individually and d/b/a Mariscos La Bucana, entered on March 15, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 7,130.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **7,130.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | **7,130.00** |
| f. | Interest after judgment(.18%) | $ | 125.74 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | **Total renewed judgment (add e, f and g)** $ | | **7,255.74** |

Dated:  December 29, 2021          CLERK, by _Sharon Hall Brown_ (signature)
                                              Deputy

                                   Kiry A. Gray,
                                   Clerk of U.S. District Court

Renewal of Judgment